

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-CV-81085-MIDDLEBROOKS/BRANNON

FILED by ___ C. ___ D.C.

SEP 1 0 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP PLLC,

    Plaintiff,

v.

GETTY IMAGES, INC.,

    Defendant,

And

ZEMANTA, INC.,

    Defendant.

___

### MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Oscar Michelen** of Cuomo, LLC, 200 Old Country Road, Suite 2 South, Mineola, NY 11501, for purposes of appearance as co-counsel on behalf of Plaintiff Schneider Rothman Intellectual Property Law Group PLLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Oscar Michelin to receive electronic filings in this case, and in support thereof states as follows:

1. Oscar Michelen is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar and the United States District Court for the Southern and Eastern Districts of New York.

2. Movant, Joel Rothman, Esquire, of the law firm of Schneider Rothman IP Law Group, 4651 N. Federal Highway, Boca Raton, Florida, 33431, 561/404-4350, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Oscar Michelin has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Oscar Michelen, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Oscar Michelen at email address: omichelen@cuomollc.com.

WHEREFORE, Joel Rothman moves this Court to enter an Order permitting Oscar Michelen to appear before this Court on behalf of Schneider Rothman Intellectual Property Law Group PLLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Oscar Michelen.

Date: September 9, 2014

Respectfully submitted,

Joel B. Rothman
FL Bar No. 98220
Joel.rothman@sriplaw.com
Schneider Rothman Intellectual Property Law Group PLLC
4651 N Federal Highway
Boca Raton, FL 33431
(561) 404-4350 (Tel.)
(561) 404-4353 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-CV-81085-MIDDLEBROOKS/BRANNON

SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP PLLC,

    Plaintiff,

v.

GETTY IMAGES, INC.,

    Defendant,

And

ZEMANTA, INC.,

    Defendant.

## CERTIFICATION OF OSCAR MICHELEN

Oscar Michelen, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of New York Bar and United States District Court for the Southern and Eastern Districts of New York.

Date: 8/28/14

_____
Oscar Michelen