UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP PLLC,                    CASE NO: 9:14-cv-81085-DMM

    Plaintiff,

v.

GETTY IMAGES, INC.,

    Defendant,
and

ZEMANTA, INC.,

    Defendant.

_____/

**NOTICE OF APPEARANCE**

The law firm of WOODBURY, SANTIAGO & CORREOSO, P.A. hereby appear as counsel of record for Defendant Getty Images, Inc. and requests that all papers filed herein be served upon it.

          By   s/ Robert P. Santiago
          Michael P. Woodbury, Esq.
          Florida Bar Number 983690
          Robert P. Santiago, Esq.
          Florida Bar Number 62650
          Richa Sadana
          Florida Bar Number 92017
          **WOODBURY, SANTIAGO**
          **& CORREOSO, P.A.**
          9100 S. Dadeland Blvd., Suite 1702
          Miami, Florida 33156
          Telephone:  305.670.9580
          Facsimile:  305.670.2170
          MWoodbury@woodbury.santiago.com
          Robert.Santiago@woodbury-santiago.com
          Richa.sandana@woodbury-santiago.com
          Service@woodbury-santiago.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 15, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF to be served on all parties electronically.

                                              By   s/ Robert P. Santiago
                                                   Robert P. Santiago, Esq.