UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach)

CASE NO.:  9:14-cv-81085-DMM

SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP PLLC,

    Plaintiff,

v.

GETTY IMAGES (US), INC.,

    Defendant,

and

ZEMANTA, INC.,

    Defendant.
_____/

### DEFENDANT GETTY IMAGES (US), INC.'S REQUEST
### FOR ORAL ARGUMENT ON MOTION TO DISMISS

    Pursuant to Local Rule 7.1(b)(2), Defendant Getty Images (US), Inc. hereby respectfully requests oral argument on its Motion to Dismiss.  Getty Images' motion presents important issues of law regarding *Noerr-Pennington* immunity and other matters.  Getty Images believes the Court's decision-making process would be aided by oral argument.  Getty Images estimates one hour should be sufficient for argument.

Dated:  September 26, 2014

>Respectfully submitted,
>
>By: s/ *Robert P. Santiago*
>     Michael P. Woodbury, Esq.
>     Florida Bar Number 983690
>     Robert P. Santiago, Esq.
>     Florida Bar Number 62650
>     **WOODBURY, SANTIAGO & CORREOSO, P.A.**
>     9100 S. Dadeland Blvd., Suite 1702
>     Miami, Florida 33156
>     Telephone: 305.670.9580
>     Facsimile: 305.670.2170
>     Michael.Woodbury@woodbury-santiago.com
>     Robert.Santiago@woodbury-santiago.com
>     Service@woodbury-santiago.com
>
>          -   and   -
>
>By: s/ *Scott T. Wilsdon*
>     Scott T. Wilsdon, Esq. (*pro hac vice*, pending)
>     Jeremy E. Roller, Esq. (*pro hac vice*, pending)
>     **YARMUTH WILSDON PLLC**
>     818 Stewart Street, Suite 1400
>     Seattle, Washington 98101
>     Telephone: 206.516.3800
>     Facsimile:  206.516.3888
>     wilsdon@yarmuth.com
>     jroller@yarmuth.com
>
>     *Attorneys for Defendant Getty Images (US), Inc.*