UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCHNEIDER ROTHMAN INTELLECTUAL       CASE NO. 9:14-cv-81085-DMM
PROPERTY LAW GROUP PLLC,

    Plaintiff,

v.

GETTY IMAGES, INC.,

    Defendant.

_____

**NOTICE OF VOLUNTARY DISMISSAL OF ZEMANTA, INC.**

Plaintiff, SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC ("SRIPLAW") hereby gives notice of voluntary dismissal of the Complaint in its entirety as against Zemanta, Inc.

Dated: October 10, 2014

    Respectfully submitted,

    By: /s/ Joel B. Rothman
    Joel B. Rothman
    Florida Bar No. 98220
    joel.rothman@sriplaw.com
    Jerold I. Schneider
    Florida Bar No. 26975
    jerold.schneider@sriplaw.com
    Schneider Rothman Intellectual Property Law Group PLLC
    4651 North Federal Highway
    Boca Raton, FL 33431
    Tel:  561-404-4350
    Fax: 561-404-4353
    Attorneys for Plaintiff

    -and-

    Oscar Michelen
    *Pro hac vice*

Cuomo LLC
200 Old Country Road
Suite 2 South
Mineola NY 11501
(516)741-3222
fax: (516)741-3223
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 10th day of October, 2014 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received Notices of Electronic filing electronically.

    /s/ Joel B. Rothman  
    Joel B. Rothman  
    Florida Bar No. 98220

SERVICE LIST

CIVIL ACTION NO. 9:14-CV-81085-MIDDLEBROOKS/BRANNON  
United States District Court, Southern District of Florida

Robert Peter Santiago  
Robert.santiago@woodbury-santiago.com  
Woodbury & Santiago PA  
9100 S Dadeland Blvd., Suite 1702  
Miami, FL 33156

Scott Wilsdon, Esq.  
*Pro hac vice*  
Jeremy E. Roller, Esq.  
*Pro hac vice*  
Yarmuth Wilsdon PLLC  
818 Stewart St., Ste 1400  
Seattle, WA 98101  
*Attorneys for Defendant*  
*Getty Images, Inc.*