UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCHNEIDER ROTHMAN INTELLECTUAL          CASE NO. 9:14-cv-81085-DMM
PROPERTY LAW GROUP PLLC,

    Plaintiff,

v.

GETTY IMAGES, INC.,

    Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC ("SRIPLAW") hereby gives notice of voluntary dismissal of the Complaint in this action as against Getty Images, Inc.

Dated: October 21, 2014

    Respectfully submitted,

    By: /s/ Joel B. Rothman
    Joel B. Rothman
    Florida Bar No. 98220
    joel.rothman@sriplaw.com
    Jerold I. Schneider
    Florida Bar No. 26975
    jerold.schneider@sriplaw.com
    Schneider Rothman Intellectual Property Law Group PLLC
    4651 North Federal Highway
    Boca Raton, FL 33431
    Tel:  561-404-4350
    Fax: 561-404-4353
    Attorneys for Plaintiff

    -and-

    Oscar Michelen
    *Pro hac vice*

Cuomo LLC
200 Old Country Road
Suite 2 South
Mineola NY 11501
(516)741-3222
fax: (516)741-3223
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 21th day of October, 2014 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received Notices of Electronic filing electronically.

      /s/ Joel B. Rothman
      Joel B. Rothman
      Florida Bar No. 98220

SERVICE LIST

CIVIL ACTION NO. 9:14-CV-81085-MIDDLEBROOKS/BRANNON
United States District Court, Southern District of Florida

Robert Peter Santiago
Robert.santiago@woodbury-santiago.com
Woodbury & Santiago PA
9100 S Dadeland Blvd., Suite 1702
Miami, FL 33156

Scott Wilsdon, Esq.
*Pro hac vice*
Jeremy E. Roller, Esq.
*Pro hac vice*
Yarmuth Wilsdon PLLC
818 Stewart St., Ste 1400
Seattle, WA 98101
*Attorneys for Defendant*
*Getty Images, Inc.*