UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81085-CIV-MIDDLEBROOKS/BRANNON

SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP PLLC,

    Plaintiff,

v.

GETTY IMAGES, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon Defendant Getty Images, Inc.'s Motion to Dismiss (DE 16) ("Motion"), filed September 26, 2014. Plaintiff has not filed a response to the Motion.[1] Southern District of Florida Local Rule 7.1(c) states:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed *sufficient cause for granting the motion by default.*

S.D. Fla. L.R. 7.1(c) (emphasis added).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff shall, by **5:00 p.m. on October 23, 2014**, show cause why the instant Motion should not be granted by default, including in the Response to this Order a Memorandum of Law addressing the merits of the instant Motion.

**DONE AND ORDERED** at Chambers in West Palm Beach, Florida, this 21 day of October, 2014.

                    DONALD M. MIDDLEBROOKS
                    UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

---

[1] CM/ECF provides that a response to Defendant's Motion was due October 14, 2014. (DE 16).