UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCHNEIDER ROTHMAN INTELLECTUAL        CASE NO. 9:14-cv-81085-DMM
PROPERTY LAW GROUP PLLC,

    Plaintiff,

v.

GETTY IMAGES, INC.,

    Defendant.

## RESPONSE TO ORDER TO SHOW CAUSE [ECF 24]

Plaintiff, SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC ("SRIPLAW") responds to the Court's Order to Show Cause filed at ECF 24 as follows:

SRIPLAW did not respond to the Motion to Dismiss filed by defendant Getty Images, Inc. [ECF 16], and the Motion should not be granted by default, because on October 21, 2014, SRIPLAW filed a Notice of Voluntary Dismissal [ECF 23] which has the effect of terminating this action without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, and renders the Motion moot.

Dated: October 22, 2014

                              Respectfully submitted,

                              By: /s/ Joel B. Rothman
                              Joel B. Rothman
                              Florida Bar No. 98220
                              joel.rothman@sriplaw.com
                              Jerold I. Schneider
                              Florida Bar No. 26975
                              jerold.schneider@sriplaw.com
                              Schneider Rothman Intellectual Property Law
                              Group PLLC
                              4651 North Federal Highway
                              Boca Raton, FL 33431

        Tel:  561-404-4350  
        Fax: 561-404-4353  
        Attorneys for Plaintiff

-and-

Oscar Michelen  
*Pro hac vice*  
Cuomo LLC  
200 Old Country Road  
Suite 2 South  
Mineola NY 11501  
(516)741-3222  
fax: (516)741-3223  
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on the 22th day of October, 2014 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received Notices of Electronic filing electronically.

      /s/ Joel B. Rothman
      Joel B. Rothman
      Florida Bar No. 98220

SERVICE LIST

CIVIL ACTION NO. 9:14-CV-81085-MIDDLEBROOKS/BRANNON
United States District Court, Southern District of Florida

Robert Peter Santiago
Robert.santiago@woodbury-santiago.com
Woodbury & Santiago PA
9100 S Dadeland Blvd., Suite 1702
Miami, FL 33156

Scott Wilsdon, Esq.
*Pro hac vice*
Jeremy E. Roller, Esq.
*Pro hac vice*
Yarmuth Wilsdon PLLC
818 Stewart St., Ste 1400
Seattle, WA 98101
*Attorneys for Defendant*
*Getty Images, Inc.*